UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Eighty-four 24-pound bags, more or less, of an )<br>article of food, labeled in part: (bag) )<br>)<br>"*** KAYTEE Supreme Fortified Daily Blend )<br>COMPANION BIRD *** Grains and Seed )<br>*** Manufactured By KAYTEE Products, Inc. )<br>Chilton, WI *** USA *** Net WT. 25 LBS )<br>***", )<br>)<br>Two 6.6-pound bags, more or less, or an article )<br>of food, labeled in part: (bag) )<br>)<br>"*** DICK VAN PATTEN'S *** Natural )<br>Balance *** ULTRA PREMIUM CAT FOOD )<br>*** NET WT. 6.6 LBS. ***", )<br>)<br>and )<br>)<br>all other articles of food in any size and type of )<br>container, labeled or unlabeled (excluding )<br>metal and glass containers), that are located )<br>anywhere on the premises of PETCO )<br>ANIMAL SUPPLIES DISTRIBUTION )<br>CENTER, 3801 Rock Creek Boulevard, Joliet, )<br>Illinois, which are determined to have )<br>originated outside the State of Illinois based )<br>either on affixed labels bearing, among other )<br>things, the name and address of the )<br>manufacturer, packer, or distributor located )<br>outside the State of Illinois, or by other means, )<br>)<br>Defendants. ) | Case No. 08-C-3478<br><br>Honorable Robert W. Gettleman |

**VERIFIED CLAIM**

Now appears PETCO Animal Supplies, Inc., a corporation incorporated in the State of Delaware, with its principal place of business in the City of San Diego, State of California, hereby appears and intervenes in this proceeding by virtue of its interest as the owner of all articles of property described above that are the subject of this action; prays to defend the articles of property that are the subject of this action; and makes claim to the articles of property that are the subject of this action;

And PETCO Animal Supplies, Inc. avers that it has a true and bona fide interest in the articles that are the subject of this action; wherefore it prays to defend accordingly.

Respectfully submitted,

PETCO Animal Supplies, Inc.

By: _____

Darragh Davis
Vice President and General Counsel and
Proctor for PETCO Animal Supplies, Inc.

Dated: June 27, 2008

## VERIFICATION OF CLAIM

I, Darragh J. Davis, being duly sworn, hereby declare that I am Vice President and General Counsel of PETCO Animal Supplies, Inc., the corporation which is described in and which executed the foregoing Claim; that I have authority to act on behalf of the corporation in this matter and that I signed the Claim pursuant to my authority; that I have read the Claim and know the contents thereof, and that the same is true to the best of my knowledge, information, and belief.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: June 27, 2008

By: _____
Darragh J. Davis
Vice President and General Counsel
PETCO Animal Supplies, Inc.

## CERTIFICATE OF SERVICE

Jaime L.M. Jones, an attorney, hereby certifies that on June 30, 2008, I caused a true and correct copy of the foregoing **Verified Claim** to be served via electronic filing on the following individuals:

U.S. Attorney's Office
Attn: Don Lorenzen
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

*/s/ Jaime M. Jones*