UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Eighty-four 24-pound bags, more or less, of an )<br>article of food, labeled in part: (bag) )<br>)<br>"*** KAYTEE Supreme Fortified Daily Blend )<br>COMPANION BIRD *** Grains and Seed )<br>*** Manufactured By KAYTEE Products, Inc. )<br>Chilton, WI *** USA *** Net WT 25 lb ***", )<br>)<br>Two 6.6-pound bags, more or less, or an article )<br>of food, labeled in part: (bag) )<br>)<br>"*** DICK VAN PATTEN'S *** Natural )<br>Balance ***ULTRA PREMIUM CAT FOOD )<br>*** NET WT. 6.6 LBS. ***"; )<br>)<br>and )<br>)<br>all other articles of food in any size and type of )<br>container, labeled or unlabeled (excluding )<br>metal and glass containers), that are located )<br>anywhere on the premises of PETCO )<br>ANIMAL SUPPLIES DISTRIBUTION )<br>CENTER, 3801 Rock Creek Boulevard, Joliet, )<br>Illinois, which are determined to have )<br>originated outside the State of Illinois based )<br>either on affixed labels bearing, among other )<br>things, the name and address of the )<br>manufacturer, packer, or distributor located )<br>outside the State of Illinois, or by other means, )<br>)<br>Defendants. ) | **FILED**<br>JUN 17 2008 NF<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br><br>08CV 3478<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE ASHMAN |

**THE UNITED STATES *EX PARTE* REQUEST TO SEAL COMPLAINT**

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to Local Rule 5.7, requests that this notice and the complaint filed with this notice in the above-captioned matter be treated as if they were restricted pursuant to Local Rule 26.2. The United States believes that due to special circumstances which it will promptly bring to the attention of the judge to whom the case is to be assigned, it is necessary to restrict access to the case at filing.

The United States is aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the fourth business day following the date of filing.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By: _____
        DONALD R. LORENZEN
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5330
        donald.lorenzen@usdoj.gov

Dated: June 17, 2008