

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Eighty-four 24-pound bags, more or less, of an )<br>article of food, labeled in part: (bag) )<br>)<br>"*** KAYTEE Supreme Fortified Daily Blend )<br>COMPANION BIRD *** Grains and Seed )<br>*** Manufactured By KAYTEE Products, Inc. )<br>Chilton, WI *** USA *** Net WT 25 lb ***", )<br>)<br>Two 6.6-pound bags, more or less, or an article )<br>of food, labeled in part: (bag) )<br>)<br>"*** DICK VAN PATTEN'S *** Natural )<br>Balance ***ULTRA PREMIUM CAT FOOD )<br>*** NET WT. 6.6 LBS. ***", )<br>)<br>and )<br>)<br>all other articles of food in any size and type of )<br>container, labeled or unlabeled (excluding )<br>metal and glass containers), that are located )<br>anywhere on the premises of PETCO )<br>ANIMAL SUPPLIES DISTRIBUTION )<br>CENTER, 3801 Rock Creek Boulevard, Joliet, )<br>Illinois, which are determined to have )<br>originated outside the State of Illinois based )<br>either on affixed labels bearing, among other )<br>things, the name and address of the )<br>manufacturer, packer, or distributor located )<br>outside the State of Illinois, or by other means, )<br>)<br>Defendants. ) | No. 08 C 3478<br><br>Judge Robert W. Gettleman<br><br>**UNDER SEAL** |

**ORDER ON THE UNITED STATES' MOTION TO SEAL**

This matter coming before the court on the *ex parte* motion of the United States to temporarily seal the pleadings in this case pursuant to Local Rule 26.2, the court having been fully informed in the premises, it is hereby

ORDERED that the Verified Complaint of Forfeiture, the Warrant For Arrest *In Rem*, and all other pleadings in this matter are hereby SEALED until and including June 25, 2008, or the execution of the warrant, whichever comes first.

ENTER:

_____
United States District Judge

Dated: June 18, 2008