

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                             )<br>              Plaintiff,                           )<br>                                                             )<br>         v.                                              )<br>                                                             )<br>Eighty-four 24-pound bags, more or less, of an  )<br>article of food, labeled in part: (bag)           )<br>                                                             )<br>"*** KAYTEE Supreme Fortified Daily Blend  )<br>COMPANION BIRD *** Grains and Seed      )<br>*** Manufactured By KAYTEE Products, Inc. )<br>Chilton, WI *** USA *** Net WT 25 lb ***",  )<br>                                                             )<br>Two 6.6-pound bags, more or less, or an article )<br>of food, labeled in part: (bag)                   )<br>                                                             )<br>"*** DICK VAN PATTEN'S *** Natural       )<br>Balance ***ULTRA PREMIUM CAT FOOD   )<br>*** NET WT. 6.6 LBS. ***",                       )<br>                                                             )<br>         and                                            )<br>                                                             )<br>all other articles of food in any size and type of )<br>container, labeled or unlabeled (excluding    )<br>metal and glass containers), that are located  )<br>anywhere on the premises of PETCO          )<br>ANIMAL SUPPLIES DISTRIBUTION            )<br>CENTER, 3801 Rock Creek Boulevard, Joliet, )<br>Illinois, which are determined to have         )<br>originated outside the State of Illinois based  )<br>either on affixed labels bearing, among other  )<br>things, the name and address of the            )<br>manufacturer, packer, or distributor located   )<br>outside the State of Illinois, or by other means, )<br>                                                             )<br>              Defendants.                         ) | No. 08 C 3478<br><br>Judge Robert W. Gettleman<br><br>**UNDER SEAL** |

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ILLINOIS:

WHEREAS a verified complaint for forfeiture has been filed on June 17, 2008, in the United States District Court for the Northern District of Illinois, by the United States of America, plaintiff, against the defendant articles of property identified in the caption above, alleging that the articles of property constitute food within the meaning of 21 U.S.C. § 321(f) that may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 331 because such food is adulterated within the meaning of 21 U.S.C. § 342(a)(4) in that it has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth; and is subject to seizure and condemnation pursuant to 21 U.S.C. § 334; and

WHEREAS the Court being satisfied that, based upon the verified complaint for forfeiture, there is probable cause to believe that the defendant articles constitute food within the meaning of 21 U.S.C. § 321(f) that may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 331 because such food is adulterated within the meaning of 21 U.S.C. § 342(a)(4) in that it has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth; and is subject to seizure and condemnation pursuant to 21 U.S.C. § 334;

YOU ARE, THEREFORE, HEREBY COMMANDED pursuant to Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (the "Supplemental Rules") to arrest and seize the defendant articles. The United States Marshal and other personnel they deem necessary are specifically authorized by the Court to enter the premises known as PETCO Animal Supplies Distribution Center, 3801 Rock Creek Boulevard, Joliet, Illinois, so as to locate, identify, and seize the defendant articles which are

the subject of this action and to use their discretion and whatever means appropriate to protect and maintain said defendant articles; and

YOU ARE COMMANDED to publish notice of the seizure in a manner consistent with Rule G(4) of the Supplemental Rules.

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons who reasonably appear to be potential claimants of the defendant articles by sending such persons a copy of this warrant and a copy of the verified complaint for forfeiture, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

This warrant provides notice that in order to avoid forfeiture of the defendant articles, any person claiming an interest in the defendant articles must file a claim, signed by the claimant under penalty of perjury, identifying the specific defendant article claimed, identifying the claimant, and stating the claimant's interest in the defendant article in the manner set forth in Rule G(5) of the Supplemental Rules. Any such claims must also be served on Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois (Attention: Assistant United States Attorney Donald R. Lorenzen), 219 South Dearborn, 5th Floor, Chicago, Illinois 60604. In no event shall such claim be filed later than 35 days after the date of notice of the complaint is sent, or as applicable, no later than 30 days after the final publication of notice of the filing of the complaint. In addition, any person having filed such a claim must also file an answer to the complaint not later than 20 days after the filing of the claim, with a copy thereof served on Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois (Attention: Assistant United States Attorney Donald R. Lorenzen), 219 South Dearborn, 5th Floor, Chicago, Illinois 60604.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals who received copies of this matter and the manner employed.

Dated: June 18, 2008

*[signature]*
United States District Judge