

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3478 | **DATE** | 6/18/2008 |
| **CASE TITLE** | U S A vs Eighty-four 24 pound bags, more or less, of an article of food | | |

**DOCKET ENTRY TEXT:**

Order the complaint, the warrant for arrest and all other pleadings in this matter are SEALED until 6/25/2008 or the execution of the warrant.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -3 AM 11:02
FILED-EDC