

**FILED**

JUN 1 9 2008

Jun 19, 2008
Judge Robert W. Gettleman
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                          )<br>              Plaintiff,  )<br>                                          )<br>       v.                            )<br>Eighty-four 24-pound bags, more or less, of an  )<br>article of food, labeled in part: (bag)      )<br><br>"*** KAYTEE Supreme Fortified Daily Blend  )<br>COMPANION BIRD *** Grains and Seed  )<br>*** Manufactured By KAYTEE Products, Inc.  )<br>Chilton, WI *** USA *** Net WT 25 lb ***",  )<br><br>Two 6.6-pound bags, more or less, or an article  )<br>of food, labeled in part: (bag)      )<br><br>"*** DICK VAN PATTEN'S *** Natural  )<br>Balance ***ULTRA PREMIUM CAT FOOD  )<br>*** NET WT. 6.6 LBS. ***",  )<br><br>and  )<br><br>all other articles of food in any size and type of  )<br>container, labeled or unlabeled (excluding  )<br>metal and glass containers), that are located  )<br>anywhere on the premises of PETCO  )<br>ANIMAL SUPPLIES DISTRIBUTION  )<br>CENTER, 3801 Rock Creek Boulevard, Joliet,  )<br>Illinois, which are determined to have  )<br>originated outside the State of Illinois based  )<br>either on affixed labels bearing, among other  )<br>things, the name and address of the  )<br>manufacturer, packer, or distributor located  )<br>outside the State of Illinois, or by other means,  )<br>  )<br>                Defendants.  ) | No. 08 C 3478<br><br>Judge Robert W. Gettleman |

**THE UNITED STATES' NOTICE OF EXECUTION OF WARRANT
AND THAT THE SEAL ON PLEADINGS IN THIS CASE MAY BE LIFTED**

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby gives notice that on June 19, 2008, the United States Marshal Service executed the Warrant of Arrest *in Rem* issued by the court on June 18, 2008, against the defendant articles described above. Accordingly, the seal on the complaint and all other pleadings in this case may be lifted pursuant to the June 18, 2008 court order regarding the seal.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Donald R. Lorenzen
DONALD R. LORENZEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5330
donald.lorenzen@usdoj.gov

Dated: June 19, 2008