# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3478 | DATE | 6/30/2008 |
| CASE TITLE | U S A   vs   Eighty-four 24 pound bags, more or less, of an article of food | | |

**DOCKET ENTRY TEXT:**

The Court is advised that the warrant has been executed. This case is ordered UNSEALED.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -3 AM 11:02
FILED-EDJ