**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Eighty-four 24-pound bags, more or less, of an article of food, labeled in part: (bag)<br><br>"*** KAYTEE Supreme Fortified Daily Blend COMPANION BIRD *** Grains and Seed *** Manufactured By KAYTEE Products, Inc. Chilton, WI *** USA *** Net WT. 25 LBS ***",<br><br>Two 6.6-pound bags, more or less, or an article of food, labeled in part: (bag)<br><br>"*** DICK VAN PATTEN'S *** Natural Balance *** ULTRA PREMIUM CAT FOOD *** NET WT. 6.6 LBS. ***",<br><br>and<br><br>all other articles of food in any size and type of container, labeled or unlabeled (excluding metal and glass containers), that are located anywhere on the premises of PETCO ANIMAL SUPPLIES DISTRIBUTION CENTER, 3801 Rock Creek Boulevard, Joliet, Illinois, which are determined to have originated outside the State of Illinois based either on affixed labels bearing, among other things, the name and address of the manufacturer, packer, or distributor located outside the State of Illinois, or by other means,<br><br>　　　　Defendants. | Case No. 08-C-3478<br><br>Honorable Robert W. Gettleman |

**CLAIMANT PETCO'S MOTION TO EXTEND TIME**
**TO ANSWER OR OTHERWISE PLEAD**

Claimant PETCO Animal Supplies, Inc. ("PETCO"), by and through its attorneys, Sidley Austin LLP, hereby moves this Court for a 30-day extension of time to answer or otherwise plead in response to plaintiff's Complaint. In support of this motion, PETCO states as follows:

1. On June 30, 2008, PETCO filed its Verified Claim in this matter, seeking to intervene in this proceeding by virtue of its interest as the owner of all articles of property described above that are the subject of this action; to defend the articles of property that are the subject of this action; and making claim to the articles of property that are the subject of this action

2. PETCO's Answer or other responsive pleading is currently due on July 21, 2008.

3. With the Court's permission, counsel have agreed to extend the time for PETCO to answer or otherwise plead an additional 30 days, until and including, August 20, 2008, so that the parties may pursue discussions in an attempt to resolve this matter. As part of this agreement, PETCO has agreed that its responsive pleading will not be a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b).

4. By this motion, PETCO respectfully request that this Court enter an order extending the time for PETCO to answer or otherwise plead until and including August 20, 2008.

WHEREFORE, Claimant PETCO Animal Supplies, Inc. respectfully requests that this Court enter an order extending the time for it to answer or otherwise plead in response to the Complaint until and including August 20, 2008.

Respectfully submitted,

PETCO Animal Supplies, Inc.

 /s/ Ellen S. Robbins
One of Their Attorneys

Ellen S. Robbins
Jaime L.M. Jones
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated:   July 14, 2008

## CERTIFICATE OF SERVICE

Ellen S. Robbins, an attorney, hereby certifies that on July 14, 2008, I caused a true and correct copy of the foregoing **Claimant PETCO's Motion to Extend Time to Answer or Otherwise Plead** to be served via email and via Messenger on the following individuals:

>U.S. Attorney's Office
>Attn: Don Lorenzen
>Northern District of Illinois
>219 South Dearborn Street
>Chicago, IL  60604

      /s/ Ellen S. Robbins
         Ellen S. Robbins

CH1 4338345v.2