**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Eighty-four 24-pound bags, more or less, of an )<br>article of food, labeled in part: (bag) )<br>)<br>"*** KAYTEE Supreme Fortified Daily Blend )<br>COMPANION BIRD *** Grains and Seed )<br>*** Manufactured By KAYTEE Products, Inc. )<br>Chilton, WI *** USA *** Net WT. 25 LBS )<br>***", )<br>)<br>Two 6.6-pound bags, more or less, or an article )<br>of food, labeled in part: (bag) )<br>)<br>"*** DICK VAN PATTEN'S *** Natural )<br>Balance *** ULTRA PREMIUM CAT FOOD )<br>*** NET WT. 6.6 LBS. ***", )<br>)<br>and )<br>)<br>all other articles of food in any size and type of )<br>container, labeled or unlabeled (excluding )<br>metal and glass containers), that are located )<br>anywhere on the premises of PETCO )<br>ANIMAL SUPPLIES DISTRIBUTION )<br>CENTER, 3801 Rock Creek Boulevard, Joliet, )<br>Illinois, which are determined to have )<br>originated outside the State of Illinois based )<br>either on affixed labels bearing, among other )<br>things, the name and address of the )<br>manufacturer, packer, or distributor located )<br>outside the State of Illinois, or by other means, )<br>)<br>Defendants. ) | Case No. 08-C-3478<br><br>Honorable Robert W. Gettleman |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE THAT on Thursday, July 17, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Robert W. Gettleman, in Courtroom 1703 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Claimant PETCO's Motion to Extend Time to Answer or Otherwise Plead, a copy of which is attached hereto.

                Respectfully submitted,

                PETCO Animal Supplies, Inc.

                /s/ Ellen S. Robbins
                One of Its Attorneys

Ellen S. Robbins
Jaime L.M. Jones
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated:   July 14, 2008

## CERTIFICATE OF SERVICE

Ellen S. Robbins, an attorney, hereby certifies that on July 14, 2008, I caused a true and correct copy of the foregoing **Claimant PETCO's Motion to Extend Time to Answer or Otherwise Plead** to be served via email and via Messenger on the following individuals:

> U.S. Attorney's Office
> Attn:  Don Lorenzen
> Northern District of Illinois
> 219 South Dearborn Street
> Chicago, IL  60604

>                         /s/ Ellen S. Robbins
>                         Ellen S. Robbins

CH1 4338345v.3