U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

11

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 C 3478 (ND IL) |
|---|---|
| DEFENDANT<br>Eighty-four 24-pound bags, more or less, of an article of food (petco) | TYPE OF PROCESS<br>PUBLICATION |

RECEIVED U.S. MARSHAL
08 JUL 14 PM 4:20
N. DIST. OF ILL.

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>UNITED STATES MARSHAL SERVICE |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>219 SOUTH DEARBORN, ROOM 2444, CHICAGO, ILLINOIS 60604 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR<br>CHICAGO, ILLINOIS 60604<br>ATTN: DONALD R. LORENZEN, AUSA | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

**PLEASE PUBLISH IN A NEWSPAPER OF GENERAL CIRCULATION FOR THREE CONSECUTIVE WEEKS.**

| Signature of Attorney or other Originator requesting service on behalf of:<br>MARSHA McCLELLAN, AUSA ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>(312) 353-5300 | DATE<br>7/3/08 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>July 24, 08 | Time<br>11:00 am/pm |
| | Signature of U.S. Marshal or Deputy<br>James W McVety | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:
① Published in tribune July 10th, 17th, & 24th, 08

Prepared by M. WATSON

FILED
AUG 07 2008 PH
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt



## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper (3) times(s) and on the following dates:

**Starting 07/10/08 and Ending 07/24/08**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 24TH day of July, 2008.

CHICAGO TRIBUNE COMPANY

By _Chuck Hudson_

Chicago Tribune - chicagotribune.com
435 North Michagan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 - Fax: (312) 222-4014

1106869

Page 1 of 2

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>                )<br>    v.          )<br>                )<br>Eighty-four 24-pound bags, )<br>more or less, of an article of )<br>food, labeled in part: (bag) )<br>                )<br>"*** KAYTEE Supreme )<br>Fortified Daily Blend )<br>COMPANION BIRD *** )<br>Grains and Seed *** )<br>Manufactured By KAYTEE )<br>Products, Inc. Chilton, WI *** )<br>USA *** Net WT 25 lb ***", )<br>                )<br>Two 6.6-pound bags, more or )<br>less, or an article of food, )<br>labeled in part: (bag) )<br>                )<br>"*** DICK VAN PATTEN'S )<br>*** Natural Balance ***ULTRA )<br>PREMIUM CAT FOOD )<br>*** NET WT. 6.6 LBS.***", )<br>                )<br>and )<br>all other articles of food in any )<br>size and type of container, )<br>labeled or unlabeled (excluding )<br>metal and glass containers), that )<br>are located anywhere on the )<br>premises of PETCO ANIMAL )<br>SUPPLIES DISTRIBUTION )<br>CENTER, 3801 Rock Creek )<br>Boulevard, Joliet, Illinois, )<br>which are determined to have )<br>originated outside the State of )<br>Illinois based either on affixed )<br>labels bearing, among other )<br>things, the name and address of )<br>the manufacturer, packer, or )<br>distributor located outside the )<br>State of Illinois, or by other )<br>means, )<br>        Defendants. ) | No. 08 C 3478<br><br>Judge Robert W. Gettleman |

### NOTICE OF ARREST *IN REM*

Notice is hereby given that on July 19, 2008, United States Marshal Service for the Northern District of Illinois, pursuant to a Warrant for Arrest *in Rem* issued by the United States District Court for the Northern District of Illinois, seized certain articles of food, which were located at PETCO ANIMAL SUPPLIES DISTRIBUTION CENTER, 3801 Rock Creek Boulevard, Joliet, Illinois, more specifically:

Eighty-four 24-pound bags, more or less, of an article of food, labeled in part: (bag)

"*** KAYTEE Supreme Fortified Daily Blend COMPANION BIRD *** Grains and Seed *** Manufactured By KAYTEE Products, Inc. Chilton, WI *** USA *** Net WT 25 lb ***";

Two 6.6-pound bags, more or less, or an article of food, labeled in part: (bag)

"*** DICK VAN PATTEN'S *** Natural Balance ***ULTRA PREMIUM CAT FOOD *** NET WT. 6.6 LBS. ***".

and

all other articles of food in any size and type of container, labeled or unlabeled (excluding metal and glass containers), that are located anywhere on the premises of PETCO ANIMAL SUPPLIES DISTRIBUTION CENTER, 3801 Rock Creek Boulevard, Joliet, Illinois, which are determined to have originated outside the State of Illinois based either on affixed labels bearing, among other things, the name and address of the manufacturer, packer, or distributor located outside the State of Illinois, or by other means.

A copy of the Verified Complaint For Forfeiture and Warrant of Arrest *in Rem* filed in this case is published along with this notice.

Notice is furthermore given that any person claiming an interest in the defendant articles must file a claim, signed by the claimant under penalty of perjury, identifying the specific defendant article claimed, identifying the claimant, and stating the claimant's interest in the defendant article in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure. Any such claims must also be served on Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois (Attention: Assistant United States Attorney Donald R. Lorenzen), 219 South Dearborn, 5th Floor, Chicago, Illinois 60604. In no event shall such claim be filed later than 35 days after the date of notice of the complaint is sent, or as applicable, no later than 30 days after the final publication of notice of the filing of the complaint.

In addition, any person having filed such a claim must also file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure not later than 20 days after the filing of the claim, with a copy thereof served on Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois (Attention: Assistant United States Attorney Donald R. Lorenzen), 219 South Dearborn, 5th Floor, Chicago, Illinois 60604.

KIM R. WIDUP
United States Marshal
Northern District of Illinois
Room 2444
219 South Dearborn Street
Chicago, Illinois 60604

**Villarruel, Cynthia (USMS)**

**From:** Hudson, Ericka (Chicago) [EHudson@tribune.com]
**Sent:** Monday, July 07, 2008 3:06 PM
**To:** Villarruel, Cynthia (USMS)
**Subject:** RE: FDA Publication

Hi Cynthia:

Trib #1106869
Cost $4032.00
Pub dates: 7/10; 7/17; & 7/24

Ericka

-----Original Message-----
**From:** Villarruel, Cynthia (USMS) [mailto:Cynthia.Villarruel@usdoj.gov]
**Sent:** Monday, July 07, 2008 9:41 AM
**To:** Hudson, Ericka (Chicago)
**Subject:** FW: FDA Publication

Ericka,

Please publish once a week for three consecutive weeks. Please advise running dates and cost. Government Rate.

*Cynthia Villarruel*
*U.S. Marshals Service*
*Northern District of Illinois*
*P: 312-353-7176*
*F: 312-353-2583*

-----Original Message-----
**From:** Robertson, Barbara (USAILN)
**Sent:** Thursday, July 03, 2008 2:41 PM
**To:** Villarruel, Cynthia (USMS)
**Cc:** Watson, Mary Elizabeth (USAILN)
**Subject:** FDA Publication

Cynthia,

Here is a copy of what the AUSA would like published. I will also send up a hard copy and the 285. If you have any questions or concerns please contact Mary Beth. I will be out next week and I'd rather this not sit until I get back. Thanks.

<<UNITED STATES DISTRICT COURT.doc>>

7/8/2008

**Villarruel, Cynthia (USMS)**

**From:** Watson, Mary Elizabeth (USAILN)
**Sent:** Monday, July 07, 2008 9:06 AM
**To:** Villarruel, Cynthia (USMS)
**Subject:** RE: FDA Publication

Three times

**From:** Villarruel, Cynthia (USMS)
**Sent:** Monday, July 07, 2008 8:54 AM
**To:** Watson, Mary Elizabeth (USAILN)
**Subject:** RE: FDA Publication

Mary Beth,

Is this to be published once or three times?

*Cynthia Villarruel*
*U.S. Marshals Service*
*Northern District of Illinois*
*P: 312-353-7176*
*F: 312-353-2583*

-----Original Message-----
**From:** Robertson, Barbara (USAILN)
**Sent:** Thursday, July 03, 2008 2:41 PM
**To:** Villarruel, Cynthia (USMS)
**Cc:** Watson, Mary Elizabeth (USAILN)
**Subject:** FDA Publication

Cynthia,

Here is a copy of what the AUSA would like published. I will also send up a hard copy and the 285. If you have any questions or concerns please contact Mary Beth. I will be out next week and I'd rather this not sit until I get back. Thanks.

<<UNITED STATES DISTRICT COURT.doc>>

7/7/2008