**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Eighty-four 24-pound bags, more or less, of an ) <br> article of food, labeled in part: (bag) ) <br> ) <br> "*** KAYTEE Supreme Fortified Daily Blend ) <br> COMPANION BIRD *** Grains and Seed ) <br> *** Manufactured By KAYTEE Products, Inc. ) <br> Chilton, WI *** USA *** Net WT. 25 LBS ) <br> ***", ) <br> ) <br> Two 6.6-pound bags, more or less, or an article ) <br> of food, labeled in part: (bag) ) <br> ) <br> "*** DICK VAN PATTEN'S *** Natural ) <br> Balance *** ULTRA PREMIUM CAT FOOD ) <br> *** NET WT. 6.6 LBS. ***", ) <br> ) <br> and ) <br> ) <br> all other articles of food in any size and type of ) <br> container, labeled or unlabeled (excluding ) <br> metal and glass containers), that are located ) <br> anywhere on the premises of PETCO ) <br> ANIMAL SUPPLIES DISTRIBUTION ) <br> CENTER, 3801 Rock Creek Boulevard, Joliet, ) <br> Illinois, which are determined to have ) <br> originated outside the State of Illinois based ) <br> either on affixed labels bearing, among other ) <br> things, the name and address of the ) <br> manufacturer, packer, or distributor located ) <br> outside the State of Illinois, or by other means, ) <br> ) <br> Defendants. ) | Case No. 08-C-3478 <br><br> Honorable Robert W. Gettleman |

**CLAIMANT PETCO'S UNOPPOSED MOTION TO EXTEND TIME**
**TO ANSWER OR OTHERWISE PLEAD**

Claimant PETCO Animal Supplies, Inc. ("PETCO"), by and through its attorneys, Sidley Austin LLP, hereby moves this Court for an additional 30-day extension of time to answer or otherwise plead in response to plaintiff's Complaint. In support of this motion, PETCO states as follows:

1. On June 30, 2008, PETCO filed its Verified Claim in this matter, seeking to intervene in this proceeding by virtue of its interest as the owner of all articles of property described above that are the subject of this action; to defend the articles of property that are the subject of this action; and making claim to the articles of property that are the subject of this action

2. PETCO's Answer or other responsive pleading was originally due on July 21, 2008. On July 21, 2008, the Court granted PETCO's unopposed motion to extend time to answer or otherwise plead until August 20, 2008.

3. With the Court's permission, counsel for PETCO and for the plaintiff United States of America have agreed to further extend the time for PETCO to answer or otherwise plead an additional 30 days, until and including September 19, 2008, so that the parties may continue to pursue discussions in an attempt to resolve this matter. The parties have exchanged comments regarding a draft consent decree and are working diligently in an effort to reach an agreement. However, the parties require additional time to continue this process. As noted in the prior motion, as part of the agreement between the parties, to the extent PETCO files a responsive pleading, PETCO has agreed that it will not file a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b).

4. By this motion, PETCO respectfully requests that this Court enter an order extending the time for PETCO to answer or otherwise plead until and including September 19, 2008.

WHEREFORE, Claimant PETCO Animal Supplies, Inc. respectfully requests that this Court enter an order extending the time for it to answer or otherwise plead in response to the Complaint until and including September 19, 2008.

                    Respectfully submitted,

                    PETCO Animal Supplies, Inc.

                       /s/ Ellen S. Robbins
                      One of its Attorneys

Ellen S. Robbins
Jaime L.M. Jones
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated:  August 12, 2008

## CERTIFICATE OF SERVICE

Ellen S. Robbins, an attorney, hereby certifies that on August 12, 2008, I caused a true and correct copy of the foregoing **Claimant PETCO Animal Supplies, Inc.'s Motion to Extend Time to Answer or Otherwise Plead** to be served via email and via Messenger on the following individuals:

> U.S. Attorney's Office
> Attn:  Don Lorenzen
> Northern District of Illinois
> 219 South Dearborn Street
> Chicago, IL  60604

/s/ Ellen S. Robbins
Ellen S. Robbins